UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANISLAWA ANIMUCKA,

                Plaintiff,

– against –

RUBIN SINGER and ALIK SINGER,

                Defendants.

**ORDER**

20 Civ. 7867 (ER)

RAMOS, D.J.:

        Plaintiff filed the instant suit on September 23, 2020.  Docs. 1 and 4.  Defendants failed to appear, and certificates of default were issued on May 12, 2021.  Doc. 20.  However, since then, Plaintiff has not moved for default judgment.  Accordingly, Plaintiff is directed to file her motion for default judgment by September 13, 2021.  Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute.  *See* Fed. R. Civ. P. 41.

        SO ORDERED.

Dated:   August 30, 2021
           New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.