# MEMO ENDORSED

**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • WEB: www.rwapc.com

August 1, 2022

Hon. Edgardo Ramos, USDJ
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
    *VIA ECF*

> The extension to August 2, 2022 is granted.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __August 2, 2022__
> New York, New York

    **Re:** **Animucka v. Singer et al.**
          **Docket No: 20-cv-07867-ER**

Dear Judge Ramos,

    Counsel for the parties are filing a joint request for an extension of time to file a Cheeks motion from July 29, 2022 to tomorrow, August 2, 2022. You were kind enough to indulge us with numerous extensions but we are certain that this is the last one. There is no prejudice to any party and all previous applications were properly supported.

    This final request is occasioned by health issues – those of the main defendant and mine. Defendant Singer was delayed by his health issues in conveying the executed document to his counsel until today. And, today, Mr. Guilfoyle and I tried to soldier on to finish our respective sections of the Cheeks motion. Mr. Guilfoyle succeeded, and I did not. I had to pay a visit to my doctor today which prevented me from completing my section. I am certain that we will complete the task by tomorrow. Hence this final request.

    Wherefore, the parties respectfully request that you allow them to file the Cheeks motion by August 2, 2022.

    We thank the Court for its attention to the foregoing.

               Respectfully,

                */s/Robert Wisniewski*
                Robert Wisniewski

cc:
    Justin Guilfoyle, Esq.
    Counsel for Defendants via ECF